IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JEAN CARLOS CRISTANCHO NAVA,<br>A 243 032 593,<br>         Petitioner,<br><br>v.<br><br>JAMAL L. JAMISON, in his official capacity as the Facility Administrator of the Philadelphia Federal Detention Center,<br>MICHAEL T. ROSE, in his official capacity as Acting Philadelphia Field Office Director for U.S. Immigration and Customs Enforcement,<br>TODD LYONS, Acting Director of U.S. Immigration and Customs Enforcement,<br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br>KRISTI NOEM, Secretary of the U.S. Department of Homeland Security, in her official capacity,<br>U.S. DEPARTMENT OF HOMELAND SECURITY,<br>PAMELA BONDI, Attorney General of the United States, in her official capacity and<br>U.S. DEPARTMENT OF JUSTICE,<br>         Respondents. | CIVIL ACTION<br><br>NO.  26-151 |

**O R D E R**

**AND NOW**, this 12th day of January, 2026, upon consideration of the Petition for Writ of *Habeas Corpus* (ECF 1) filed by petitioner, Jean Carlos Cristancho Nava, **IT IS ORDERED** that the Government shall file and serve its response on or before **January 15, 2026**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
         HODGE, KELLEY B., J.